THE STATE EX REL. WILSON, APPELLANT, *v.* TRIMBLE, ADMR., ET AL., APPELLEES.

[Cite as *State ex rel. Wilson v. Trimble* (1998), 83 Ohio St.3d 334.]

(No. 96–292—Submitted August 19, 1998—Decided October 7, 1998.)

*Cox & Stein, P.C.,* and *Edward J. Cox, Sr.,* for appellant.

*Betty D. Montgomery,* Attorney General, and *William A. Thorman III,* Assistant Attorney General, for appellees.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and PFEIFER, JJ., dissent.